# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOSEPH E. MAHER & CATHERINE L. MAHER  Case Number: 05-71925
408 STAFFORDSHIRE DRIVE     SSN-xxx-xx-1519 & xxx-xx-2323
POPLAR GROVE, IL  61065

Case filed on: 4/19/2005
Plan Confirmed on: 6/24/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $60,861.66     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | EVERHOME MORTGAGE | 0.00 | 0.00 | 38,189.60 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 38,189.60 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 002 | RIEZMAN BERGER P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOSEPH E. MAHER | 0.00 | 0.00 | 1,461.66 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,461.66 | 0.00 |
| 001 | DAIMLER CHRYSLER SERVICES | 6,575.00 | 6,575.00 | 6,575.00 | 872.87 |
| 004 | EVERHOME MORTGAGE | 1,483.73 | 1,483.73 | 1,483.73 | 0.00 |
| 005 | WELLS FARGO FINANCIAL | 600.00 | 600.00 | 600.00 | 55.83 |
|  | Total Secured | 8,658.73 | 8,658.73 | 8,658.73 | 928.70 |
| 001 | DAIMLER CHRYSLER SERVICES | 2,142.14 | 2,142.14 | 743.22 | 0.00 |
| 005 | WELLS FARGO FINANCIAL | 259.00 | 259.00 | 89.86 | 0.00 |
| 006 | BARRINGTON SURGEONS, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DISCOVER FINANCIAL SERVICES | 12,199.78 | 12,199.78 | 4,232.75 | 0.00 |
| 009 | FOOT FIRST POSIATRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | GEORGE ATIA, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | GOOD SHEPARD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LANE BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 405.09 | 405.09 | 140.55 | 0.00 |
| 014 | MHS PHYSICIANS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SEARS MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 15,006.01 | 15,006.01 | 5,206.38 | 0.00 |
|  | Grand Total: | 26,364.74 | 26,364.74 | 56,216.37 | 928.70 |

Total Paid Claimant: $57,145.07
Trustee Allowance: $3,716.59
Percent Paid Unsecured: 34.70

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008     By  /s/Heather M. Fagan